UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, vs. **ROSCOE BENTON, III**, Defendant. | 4:14-CR-20082-TGB-MJH <br><br> **ORDER DENYING MOTION FOR RECONSIDERATION** |

Defendant Roscoe Benton, III has filed a Motion for Reconsideration pertaining to this Court's Order (ECF No. 142) denying his motion for compassionate release. ECF No. 144. Under Local Rule 7.1, motions for reconsideration must demonstrate that the Court made a "palpable defect" in its original ruling and that correcting the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(h)(3). Mr. Benton has not raised any issues in his motion that rise to this standard. The Motion is **DENIED WITH PREJUDICE**.

**SO ORDERED**, this 24th day of June, 2021.

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE